**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1)  Anderson Straker, #29067-016    :
   (Name of Plaintiff)    (Inmate Number)  :

  P.O. Box 7000, Florence,(USP)    :
   (Address)                     :

(2)_____    :
   (Name of Plaintiff)    (Inmate Number)  :
                                    :

  _____    :
   (Address)                     :

  (Each named party must be numbered,    :
  and all names must be printed or typed)    :

**Case Number:** 3:18cv1569
          **(Case Number)**

         **vs.**         :

**CIVIL COMPLAINT**

(1)___(S.I.S.), Vaughnrick_____    :

(2)(Lieutenant) Tyson_____    :

   (Warden) Oddo
(3)_____    :
   (Names of Defendants)        :

  (Each named party must be numbered,    :
  and all names must be printed or typed)    :

*FILED
SCRANTON
AUG 0 7 2018
PER _____
DEPUTY CLERK*

**TO BE FILED UNDER:** _____ 42 U.S.C. § 1983 - STATE OFFICIALS

                 __X__ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

**I.  PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

                   No _____

        _____

        _____

        _____

## CONTINUANCE, NAMED DEFENDANTS(PAGE 1)

(4)(Captian), Feltman
         (Names Of Defendants)

(5), (Unknown) Defendant
         (Names Of Defendants)

(6), (Unknown) Defendant
         (Names Of Defendants)

II.   **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.   Is there a prisoner grievance procedure available at your present institution?   __x_ Yes   ____No

B.   Have you fully exhausted your available administrative remedies regarding each of your present claims? _x___ Yes   ____No

C.   If your answer to "B" is Yes:

1. What steps did you take?   ____ Three Step Grievance process ____

2. What was the result?   __Denials_____

D.   If your answer to "B" is No, explain why not:   _____NA_____

III.   **DEFENDANTS**

(1) Name of first defendant:   ___S.I.S., Vaughnrick_____

Employed as __Investigator_____ at ___Allenwood_____
Mailing address: _____

(2) Name of second defendant: ___Lieutenant , Tyson_____
Employed as __Custody Lieutenant at _Allenwood_____
Mailing address: _____

(3) Name of third defendant:   __(Warden), Oddo_____
Employed as _Warden_____ at ___Allenwood_____
Mailing address: _____

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach no more than three extra sheets if necessary.)

1.   S.I.S., Vaughnrick, while under color of Federal law  was acting in the capacity of Special Investigator when the Plaintiff expressed a sudden danger of an inmate that had recently arrived to the prison facility which had an issue with him at another prison facility, whom had threaten to do harm to the Plaintiff

2

accusing him of being a snitch , and convincing others that this
was  going on with the Plaintiff.. Previous to the assailant 's
(inmate's) being housed , Plaintiff had no problems with staff
nor inmates, and no precautionary measures were taken ...

Defendant, Vaughrick 's job descrption enables him to protect
any inmate that report that he's in danger of prison staff or
inmates, however, Defendant Vaugnrick took no measures to prevent
the brutal stabbing subjected by the Plaintiff.
Defendant, Vaughnrick, knew that the Plaintiff was in
danger, permitting the violent act , making no reports or in-
vestigation of what the Plaintiff had reported to him.....

Defendant , Vaugnrick is being sued in his INDIVIDUAL
capacity for failing to make precautionary, safety measures which
would have prevented the Plaintiff from being viciously, and
violently attacked by several inmate with makeshift knives,
the Plaintiff had previously informed that an inmate had threatened
bodily harm at another prison institution, and previous to the
assault, actions should have been taken./

Plaintiff sues the defendant for punitive, and monetary
damages for the injuries and psychological trauma, and possible
T.B.I. Where Plaintiff remains to suffer psychological affects
which has caused occasional sleep deprivation....

where there were multiple stab wounds , one of the punctures
to the left eye left Plaintiff with blurred vision ..
Defendant Vaughnrick, is being sued in the sum of Two
Point Five Million dollars where the effects are life ling injuries.
**CONTINUANCE,(2)(**

Plaintiff was placed in segregation housing unit as punishment
after been victimized by three inmates..  Punishment was imposed
which involved shipping the Plaintiff to a disciplinary prison
having far more restrictions, violence, and lock down situations..

Lieutenant , Tyson knew that no sanctions, or infractions
were imposed on the Plaintiff, where he was senselessly attacked
by three inmates with sharpened, makeshift knives..
Lieutenant, Tyson did not have to place the lock up order
which imposed Plaintiff's placment in segregation, and being
sent too  another prison institution where he now fear for his
life on a daily basis, due to the consistent violence..

No disciplinary actions were taken against the Plaintiff,
nor charges alleging that he violated any prison policy, Plaintiff
had a right not to be placed in segregation, and sent to a violent
prison as punishment. Defendant Tyson's investigation did not
uncover any wrong doing, Defendant Tyson's capacity entails that
he assist in the training of the two custody officer which failed
to prevent the attack by the three inmates on the Plaintiff.

Lieutenant, Tyson is being sued in his INDIVIDUAL capacity
for acts and wrong doing committed by him while under color of
Federal law in his capacity as Custody lieutenant. Defendant

=]                    **Attached Continuance Page  2.**

2. Lieutenant , Tyson, while under Color of Federal law, in the capacity of Custody lieutenant, issued a lock up order , placing the Plaintiff in segregation detention as punishment ...
     Defendant , Tyson knew that the Plaintiff had been victimized, where he had been stabbed by makeshift knives after refusing toopen his assigned locker and allow them to robb him from the items it contained .

3. Defendant, Oddo, is being sued in his Individual capacity

for failure to properly train the two officers , and

other custody officers where the inmate that attacked

   the Plaintiff , and convinced others to stab the Plaintiff

## V.   RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1.   Plaintiff moves for Jury trial under provisions established in the Seventh Amendment.

2. Plaintiff , further respectfully moves for any and all Attorney fees, upon a favorable decision, or out of court settlement.. .

3.

multiple times with sharpened makeshift knives.. The inmate which initiated the violent acts had a violent history , and his disciplinary history showned that he was given several infraction at the disciplinary prison,(SMU), and in segregation before being released to the Allenwood prison.

The inmate was in SMU for a period of 7 years without completing the program, he was kicked out of the program , and while in Allenwood's segregation before release to Allenwood's prison yard he committed several acts where sanctions were imposed, Defendant Oddo permitted this violent person to enter the prison knowing that he may bring this type of violence...

**\* PLEASE TAKE NOTICE:**

The assailant which attacked the Plaintiff , previous to his release to the prison yard it was questionable as to whether or not the assailant was going to be released to the prison yard where he committed several violent acts against segregated prison staff.

Defendant Oddo had an obligation and out right duty to assess whether an inmate's conduct and or behavior will cause harm to another, staff or inmate, and the staff hired on is to secure experience to assure the safety and orderly functions of the prison institution...

Defendant, Oddo's failure to protect the Plaintiff was a deliberate indifference to the Plaintiff's safety and welfare, had proper safety precautionary measures been taken before the assailants release from segregation to prison population Plaintiff would not have subject the vicious stabing that could have caused his death...

Defendant Oddo, is being sued in his INDIVIDUAL capacity for his failure to protect the Plaintiff from such a heinous act where the color of federal law creates details and obligations for an active warden to make decisions to secure the safety and order ly functions of the prison institution for both staff and inmates.....

Defendant Feltman, is being sued in his INDIVIDUAL capacity where he has a duty and obligation under Federal law to protect inmates under his custody through and by Color of law but failed the Plaintiff when seeing the actions of the Assailant was consistently violent but permitted him to be released after negotiating a compromise which assured the assailant's release to the prison yard if he discontinued the violent conduct....

Defendants Oddo, and Feltman both are being sued for monetary, and compensatory damages in the sum of Two Point Five Million dollars  for failure to protect..

The two unknown Defendants are being sued in their INDIVIDUAL capacity for failure to protect, and will be named at this time as misnomers until the outcome of the discovery...

**Continuance , attached sheet of page (3) Issue(3)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANDERSON STRAKER
_____

_____

_____

_____

**Name of Plaintiff(s)**

v.

(S.I.S.),VAUGHNRICK

(LIEUTENANT),TYSON

(WARDEN), ODDO

(CAPTIAN),FELTMAN/UNKNOWN DEFENDANTS
**Name of Defendant(s)**

:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Case No. _____

_____

**Judge**

**(Number and Judge to be
assigned by court)**

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1.   __X__  I am willing to pursue my claims in this action under the new
provisions of The Prison Litigation Reform Act, understanding
that pursuing my claim requires payment of a partial filing
fee and deduction of sums from my prison account when funds
exist until the filing fee of $350.00 has been paid in full.

2.   __X__  I have enclosed an executed Authorization form which
authorizes the Institution holding me in custody to transmit
to the Clerk a certified copy of my trust account for the past
six (6) months as well as payments from the account in the
amounts specified by 28 U.S.C. §1915(b).

3.        Have you, prior to the filing of the complaint in this action
and while a prisoner as that term is defined in 28 U.S.C. §
1915(h), brought 3 or more actions or appeals in a court of the
United States that were dismissed as frivolous, malicious,
or for failure to state a claim upon which relief may be
granted?   Yes _____   No __X__

(a)   If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
Yes _____   No  X

(b)   Please explain in detail why you are under imminent danger of serious physical injury:   NA

_____

_____

_____

4. (a)   Are you presently employed at the Institution?  Yes ____  No  X

   (b)   If yes, what is your monthly compensation?  $  NA

5. Do you own any cash or other property; have a bank account; or receive money from any source?  Yes  /  No _____

   If the answer is "yes" to any of the above, describe each source and the amount involved.

   Since my incarceration my family has sent a hundred to a hundred and fifty dollars.

   _____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  7.26.18              Anderson Stroker
              (Date)                  (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

IN CLOSING

SWORN DECLARATION:

The undersign, Anderson Straker, hereby swear and declare under penalty of perjury pursuant to provisions that are set forth in 28 U.S.C.§1746,(1), the following as true and correct to the best of my knowledge and belief:

(1), On 10/23/2017, previous to the 10:00 P.M. Count, I was violently attacked by 3 inmates with makeshift knives, and shortly thereafter placed in a segregated unit ...

(2), And after two weeks of being in segregation I asked why I was being punished where I was the victim, when not receiving a reply to my question I asked vehemently for a grievance from members of my unit team, and when being promised that one would be given to me , I reached out to the Warden in an inmate request slip..

(3), No one would give me a grievance the entire I was in Allenwood segregation, and when they finally transferred me I asked the people in Oklahoma for it and they told me that I had to wait until I reached my assigned prison facility ..

(4), , And when making it in January , on the 31 of 2018, I pursued my first grievance...

Please see Exhibit,(A), attached hereto, the initial grievance, BP-(8),(9), (10), and (11)...
*Plaintiff, vigorouly sought review at the Administrative level, and the filings were deemed untimely where the above levels affirmed the prison institution's decision..

** See also exhibit,(B), An excused Memorandum, indicated that the untimliness was not the Plaintiff's negligence, or within his control where he did seek the remedies from his custodial caretakers.....
(5), Plaintiff, ANDERSON STRAKER, further provides and pleads that the attached grievances , and documents be entered as a part of the record when filing his civil action complaint...

WHEREFORE, Plaintiff, hereby respectfully moves for ORDER and directives granting the foregoing based on the reasons set forth herein.....

AFFIANT SIGNATURE

si/ _Anderson Straker_
_____
Mr. Anderson Straker, Pro se


Executed on this  12th, day of July 2018

I declare under penalty of perjury that the foregoing is true and correct.


Signed this _____ day of _7 · 26_____, 20 _18_.

_Anderson Stryker_____
(Signature of Plaintiff)

4



Anderson Straker
Reg No 27667016
USP Florence High United State Penitentiary
P.O. Box 7000
Florence CO 81226

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg U.S.
235 North Washington Avenue

AUG 07 2018

PER _____ DEPUTY CLERK

REJECTION NOTICE - ADMINISTRATIVE REMEDY

*Exhibit A*

DATE: JUNE 28, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE HIGH USP

TO  : ANDERSON STRAKER, 29067-016
      FLORENCE HIGH USP     UNT: D    QTR: D04-223L
      PO BOX 7500
      FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 934490-F2       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : JUNE 28, 2018
SUBJECT 1      : ADMINISTRATIVE DETENTION - PLACEMENT, REVIEWS, RELEASE
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 21, 2018


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE HIGH USP

TO  : ANDERSON STRAKER, 29067-016
      FLORENCE HIGH USP      UNT: D      QTR: D04-222L
      PO BOX 7500
      FLORENCE,  CO 81226


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 934490-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : MARCH 21, 2018
SUBJECT 1      : ADMINISTRATIVE DETENTION - PLACEMENT, REVIEWS, RELEASE
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.


Returned To Inmate
by CSW Arroyo
on 3-22-18

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

5-30-18

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | straker , Anderson | #29067-016 | DA | Florence(USP) |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**

Please see attached hereto my continuance in relation with my complaint. Further see exhibit,(A), and (B) in support of my complaint.

| 5.31.18 | Anderson Straker |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B- RESPONSE**

RECEIVED

JUN 2 8 2018

ASSOCIATE WARDEN
UNITED STATES PENITENTIARY

| | WARDEN OR REGIONAL DIRECTOR |
|---|---|
| DATE | |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER 934490-F-2

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) | BP-229(13) |
|---|---|---|
| | | APRIL 1982 |

USP LVN     PRINTED ON RECYCLED PAPER

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

5-30-13

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | straker , Anderson | #29067-016 | DA | Florence(USP) |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

Please see attached hereto my continuance in relation with my complaint. Further see exhibit,(A), and (B) in support of my complaint.

5. 31 .18
_____
DATE

_Anderson Strak_
_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED

JUN 2 8 2018

ASSOCIATE WARDEN
UNITED STATES PENITENTIARY

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**   CASE NUMBER: 934490-F-2

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
DATE

PRINTED ON RECYCLED PAPER

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **straker , Anderson**   **#29067-016**   **DA**   **Florence(USP)**

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST**

Please see attached hereto my continuance in relation with my complaint. Further see exhibit,(A), and (B) in support of my complaint.

DATE | SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**   CASE NUMBER: 934470-F-2

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

PRINTED ON RECYCLED PAPER

USP LVN

BP-229(13)
APRIL 1982

U.S. DEPARTMENT OF JUSTICE

**REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | straker , Anderson | #29067-016 | DA | Florence(USP) |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

      Please see attached hereto my continuance in relation with my complaint. Further see exhibit,(A), and (B) in support of my complaint.

| DATE | SIGNATURE OF REQUESTER |
|---|---|

**Part B– RESPONSE**

| DATE | WARDEN OR REGIONAL DIRECTOR |
|---|---|

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**

CASE NUMBER: _131170-(2_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|---|

SUBJECT: _____

| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) | BP–229(13) APRIL 1982 |
|---|---|---|

USP LVN     PRINTED ON RECYCLED PAPER

U.S. DEPARTMENT OF JUSTICE      **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons    #Exhibit A    3-5-18 №

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: STRAKER. ANDERSON. Patrick    29067016    ① A    Florence "USP"

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

### I.

    My assigned counselor's response maintained that, there are no documentation of the incident in my P.D.15.

### II.

    My counselor conducted a limited investigation refraining from requesting any information outside of the P.D. 15. Please find attached the lockup order , and contact the S.I.S. department which will show and prove that , I was in fact assaulted by two inmates with makeshift knives, and robbed in the process, and shortly thereafter placed in segregation.

### INMATE REQUEST

    I want redress of my complaint and a better investigation.

2.06.18
DATE      *Anderson P. Straker*      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

# RECEIVED

## MAR 2 1 2018

### ASSOCIATE WARDEN
### UNITED STATES PENITENTIARY

DATE                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**      CASE NUMBER: 931490-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

DATE      ⊗      RECIPIENT'S SIGNATURE (STAFF MEMBER)

PRINTED ON RECYCLED PAPER

USP LVN               BP–229(13)
APRIL 1982

U.S. DEPARTMENT OF JUSTICE      **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons    ''*EXHIBIT A* .''     3-5-18 DD

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: STRALER, ANDERSON, Patrick    27667016    DA    Florence USP

     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST**

### I.

     My assigned counselor's response maintained that, there are
no documentation of the incident in my P.D.15.

### II.

     My counselor conducted a limited search/tigation refraining
from requesting any information outside of the P.D. 15, Please
find attached the lookup order , and contacted the S.I.S. department
which will show and prove that , I was in fact assaulted by two
inmates with makeshift knives, and robbed in the process, and
shortly thereafter placed in segregation.

### INMATE REQUEST

     I want redress of my complaint and a better investigation.

2.00.18           *Anderson P. Straker*

   DATE                       SIGNATURE OF REQUESTER

**Part B– RESPONSE**

## RECEIVED

### MAR 21 2018

ASSOCIATE WARDEN

UNITED STATES PENITENTIARY

---

    DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE      CASE NUMBER: 934490-F1

                                         CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

---

    DATE                ⊕        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        PRINTED ON RECYCLED PAPER                               BP–229(13)
                                                            APRIL 1982

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

## I.

My assigned counselor's response maintained that, there are no documentation of the incident in my P.D.15.

## II.

My counselor conducted a limited search investigation refraining from requesting any information outside of the P.D. 15, Please find attached the lockup order , and contacted the S.I.S. department which will show and prove that , I was in fact assaulted by two inmates with makeshift knives, and robbed in the process, and shortly thereafter placed in segregation.

### INMATE REQUEST

I want redress of my complaint and a better investigation.

_____
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

---

| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**     CASE NUMBER: 931091C-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

_____
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

BP-229(13)
APRIL 1982

USP LVN

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

### I.

My assigned counselor's response maintained that, there are no documentation of the incident in my P.D.15.

### II.

My counselor conducted a limited search investigation refraining from requesting any information outside of the P.D. 15, Please find attached the lookup order , and contacted the S.I.S. department which will show and prove that , I was in fact assaulted by two inmates with makeshift knives, and robbed in the process, and shortly thereafter placed in segregation.

### INMATE REQUEST

I want redress of my complaint and a better investigation.

_____          _____
            DATE                              SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____          _____
            DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**                    CASE NUMBER: _____

                                                    CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

_____          _____
            DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                    PRINTED ON RECYCLED PAPER

BP–229(13)
APRIL 1982

## I.

This matter is appearing before  you in relation
with  custodial caretaker's malfeasance , and unwarranted violence
subjected by other inmates where I subjected a vicious stabbing
where I could have lost my life..

## II.

Please find attached hereto the memorandum  provided by  my
unit counselor  based on a discrepancy of the time frame...

## III.

My initial filings maintained that the Counselor's response
was in error when holding that, "there were no documentation
of the incident in my P.D.15.."

### PLEASE TAKE NOTICE

I am attaching as exhibit,(A), my initial complaint, and
where I proceeded to the Regional office, the  matter was returned
in search of an omitted document ,(BP-9), and here recently the
Prison's assistant Warden advised , and permitted me to initiate
another complaint....

## IV.

My counselor conducted a limited investigation , and refrained
from requesting any information outside of the P.D.15. Please
find attached hereto the lock up order , exhibit,(B), it was
stressed that the S.I.S. department be contacted where this would
prove that, I was in fact assaulted by two inmates , being brutally
attacked by sharpened , makeshift knives , and robbed in the
process , and after it was all said and done, I was placed in
a segregated housing unit , and sent to a disciplinary prison
without cause, and I to this day subject excessive lockdowns,
due to consistent violence here...

I was victimised , and now I am being punished ..

*Exhibit B*

| BP-A0308 | ADMINISTRATIVE DETENTION ORDER | U.S. DEPARTMENT OF JUSTICE |
|---|---|---|
| DEC 16 | | FEDERAL BUREAU OF PRISONS |

USP Allenwood,PA (1A)
_____
Institution

Date/Time:   10-23-17 (2145)

TO: Special Housing Unit Officer

FROM:   D. MARR, Lieutenant   *D.Mar*   ,(Name/Title)

SUBJECT: Placement of   Straker, Anderson   , Reg. No.   29067-016   , in Administrative Detention.

You have been placed in administrative detention status for the following reason(s):

_____(a)   Is pending classification or reclassification; or

_____(b)   Is in holdover status pending transfer to a designated institution or other destination; or

__✓__(c)   Removal from general population.  Your presence in the general population poses a threat to life, property, self, staff, other inmates, the public, or to the security or orderly running of the institution and:

_____(1)   Is pending an investigation for a violation of Bureau regulations;

__✓__(2)   Is pending an SIS investigation;

_____(3)   Is pending investigation or trial for a criminal act;

_____(4)   Transfer to another institution or location (local hospital/NPO, etc.);

_____(5)   Is to be admitted to Administrative Detention for protection:

_____(I) Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name/Signature: _____

_____(II) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded for an appropriate hearing by the SRO.

_____(6)   Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

Administrative detention status is an administrative status which removes you from the general population when necessary to ensure the safety, security, and orderly operation of correctional facilities, or protect the public. Administrative detention status is non-punitive, and can occur for a variety of reasons. Your placement is because*
You are being placed into Administrative Detention for SIS investigation.

_____

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate

received a copy of this Order on (date / time)  10-23-17 (2150)

Staff Witness Signature/Printed Name   S. Tyson, Lieutenant   Date  10-23-2017

24 hour Supervisor Review Signature/Printed Name _____   Date _____

* In the case of DHO action, reference to that order is sufficient. In other cases, the correctional supervisor will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of classification or holdover status);  Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy - Central File

PDF   Prescribed by  P5270   (Replaces BP-A0308 of AUG 2011)

*Challany Program*

# FEDERAL CORRECTIONAL COMPLEX
## FLORENCE, COLORADO
### INFORMAL RESOLUTION FORM

**_Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner._**

Inmate Name: Anderson Straker    Reg. No. 29067016

Unit: 0 A    Date: 31.1.18

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), <u>you must attempt to informally resolve your complaint</u> through your Correctional Counselor. Please follow the steps listed below:

1.  State your complaint (single complaint or a reasonable number of closely related issues):
    Previous to my custody at Florence, (USP), Three D.C. inmates entered my assigned cell, at the Allenwood, (USP) prison facility, with knives, where one of them locked me in putting pressure on the door, while the other two drew makeshift knives, and demanded that I open my locker, I attempted to run out, and was stabbed first in the face
    See Continuance

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2.  State what resolution you expect:    For Resolution see attached continuance under Inmate  Request For Relief.

Inmate's Signature: Anderson P. Straker    Date: 2

Counselor's Signature: [signature]    Date: 2-20-18

Department Involved: Unit team    Date Assigned: 2-20-18    Due Date: 2-27-18

Department's Response regarding Complaint: The tardiness of the response was Not the fault of the inmate but an administrative Error. Response: The above mentioned incident was Not documented on Your PDS. There is No documentation that this matter was brought before a reporting officer at any time.

Department Head Signature: _____    Date: _____
Unit Manager's Review: [signature]    Date: 2/28/18
Informally Resolved: _____    Date: _____

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 1-28-18 | 2-05-18 | 3-5-18 | 3-12-18 | |
| TIME | | | | | |
| COUNSELOR | [initials] | [initials] | [initials] | [initials] | |

FCC 1330.18A          Administrative Remedy Program          Attachment 1

and in my upper back when trying to make  it to the door , my
attackers would not allow me to leave , attempting to wrestle me
to floor , hitting me with their fist, knees and elbows, and
when they realized the resistence I was putting up, they exited
my cell , this is when I came out , and sought medical treatment,
when the officer that was sitting in front of the horse shoe
shaped desk  noticed that I was badly bleeding from the Face,
and Back, pushed the distress button on his radio ..

It is uncertain as to how long the three had me trapped
in my assigned cell, however, no prison guard showed up on the
scene the entire time I was being assaulted . The guy that struct
me with the first blow with the knife to my face had been released
from the S.M.U. program for violent stabbing of anotherr inmate
and was known for violence through out the prison system, meaning
he should not have been released to the prison institution without
being monitored..

The prison institution in charge of my custody failed
to protect me , amounting to an Eighth Amendment violation as
established in 18 U.S.C. §4042.. See normally the Supreme Court
holding set forth in Farmer v. Brennan.


### INMATE REQUEST FOR RELIEF

I want this matter investigated by an outside agency,
and an offerred compensation for the negligence of failing to
protect..



*Exhibit "A"*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 5, 2018


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : ANDERSON STRAKER, 29067-016
      FLORENCE HIGH USP    UNT: D    QTR: D04-222L
      PO BOX 7500
      FLORENCE, CO 81226


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 934490-R1      REGIONAL APPEAL
DATE RECEIVED  : MARCH 21, 2018
SUBJECT 1      : ADMINISTRATIVE DETENTION - PLACEMENT, REVIEWS, RELEASE
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: SEE REMARKS.

REMARKS        : YOU MUST PROVIDE WARDEN'S RESPONSE WHEN FILING AT
                 THIS LEVEL

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

3-25-18 AM

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Straher, Anderson    59067-016    D|A
         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**

**PLEASE TAKE NOTICE**

**I.**

    There's a mistake in the time frame , my complaint was filed within the expected time any untimeliness of the filing was not within my control, my counselor attaches a memorandum in support.

**II.**

    Previous to my custody here at USP Florence, I was assaulted by inmates, and placed in segregation where no staff would give me a grievance , and when received here , I proceeded with my complaint..

**III.**

    Under 18 U.S.C.§4042, and the 8th amendment , I had a right to be protected from this type of assault .   See continuance-

3 26 18
DATE

Anderson Straker
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

APR 05 2018

DATE          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 934490-R1

**Part C - RECEIPT**

                                     CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN      PRINTED ON RECYCLED PAPER      BP-230(13)
                                                       JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

3-25-18 DW

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Straher, Anderson__ __09067-016__ __D/A__ _____
　　　　 LAST NAME, FIRST, MIDDLE INITIAL 　　　 REG. NO. 　　　 UNIT 　　　 INSTITUTION

**Part A - REASON FOR APPEAL**

**PLEASE TAKE NOTICE**

**I.**

　　　There's a mistake in the time frame , my complaint was filed within the expected time any untimelyness of the filing was not within my control, my counselor attaches a memorandum in support.

**II.**

　　　Previous to my custody here at USP Florence, I was assaulted by inmates, and placed in segregation where no staff would give me a grievance , and when received here , I proceeded with my complaint..

**III.**

　　　Under 18 U.S.C.§4042, and the 8th amendment , I had a right to be protected from this type of assault , 　　See continuance-

__3 26 18__
DATE

__Anderson Straher__
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____　　　　　　　　　　　　　　　　 _____
DATE 　　　　　　　　　　　　　　　　　　　　　　 REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY 　　　　　　　　　　 CASE NUMBER: **934490-R1**

**Part C - RECEIPT**

　　　　　　　　　　　　　　　　　　　　　　　 CASE NUMBER: _____

Return to: _____
　　　　　　 LAST NAME, FIRST, MIDDLE INITIAL 　　　 REG. NO. 　　　 UNIT 　　　 INSTITUTION

SUBJECT: _____

_____　　　　　　　　　　 _____
DATE 　　　　　　　　　　　　　　　 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN 　　　　　　　　　　　　　　　　　　　　　　　　　　　　 BP-230(13)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 JUNE 2002

Department of Justice     **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _____
       **LAST NAME, FIRST, MIDDLE INITIAL**      **REG. NO.**      **UNIT**      **INSTITUTION**

**Part A - REASON FOR APPEAL**

## PLEASE TAKE NOTICE

**I.**

     There's a mistake in the time frame , my complaint was filed within the expected time any untimelyness of the filing was not within my control, my counselor attaches a memorandum in support.

**II.**

     Previous to my custody here at USP Florence, I was assaulted by inmates, and placed in segregation where no staff would give me a grievance , and when received here , I proceeded with my complaint..

**III.**

     Under 18 U.S.C.§4042, and the 8th amendment , I had a right to be protected from this type of assault ,    See continuance-

3 26. 18 _____      _____
       **DATE**                                      **SIGNATURE OF REQUESTER**

**Part B - RESPONSE**

_____      _____
       **DATE**                                       **REGIONAL DIRECTOR**

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

**SECOND COPY: RETURN TO INMATE**             **CASE NUMBER:** 934490 - R1

**Part C - RECEIPT**

                                         **CASE NUMBER:** _____

Return to: _____
       **LAST NAME, FIRST, MIDDLE INITIAL**      **REG. NO.**      **UNIT**      **INSTITUTION**

SUBJECT: _____

_____      _____
       **DATE**                      **SIGNATURE, RECIPIENT OF REGIONAL APPEAL**

UPN LVN                                                    **BP-230(13)**
                                                           **JUNE 2002**

U.S. Department of Justice                              **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

**Part A - REASON FOR APPEAL**

### I.
## PLEASE TAKE NOTICE

There's a mistake in the time frame , my complaint was filed within the expected time any untimelyness of the filing was not within my control, my counselor attaches a memorandum in support.

### II.

Previous to my custody here at USP Florence, I was assaulted by inmates, and placed in segregation where no staff would give me a grievance , and when received here , I proceeded with my complaint..

### III.

Under 18 U.S.C.§4042, and the 8th amendment , I had a right to be protected from this type of assault ,      See continuance-

3

_____        _____
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____        _____
DATE                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

_____        _____
DATE                                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN

BP-230(13)
JUNE 2002

## IV.

This matter is before you seeking redress, where the prison institution in charge of my custody refrained from an actual investigation, and failed to make a determination as to the issues of my complaint...

## V.

THe first amendment permits a complaint of this magnitude, and prohitions bythe prison institution stripped me of this right.

## VI.

### INMATE REQUEST

I want an investigation regarding the incident previous to my custody here at Florence,(USP)...

## IV.

This matter is before you seeking redress, where the prison institution in charge of my custody refrained from an actual investigation, and failed to make a determination as to the issues of my complaint...

## V.

THe first amendment permits  a complaint of this magnitude, and prohitions bythe prison institution stripped me of this right.

## VI.

### INMATE REQUEST

I want an investigation regarding the incident previous to my custody here at Florence,(USP)...

## IV.

This matter is before you seeking redress, where the prison institution in charge of my custody refrained from an actual investigation, and failed to make a determination as to the issues of my complaint...

## V.

THe first amendment permits  a complaint of this magnitude, and prohitions bythe prison institution stripped me of this right.

## VI.

### INMATE REQUEST

I want an investigation regarding the incident previous to my custody here at Florence,(USP)...

## IV.

This matter is before you seeking redress, where the prison institution in charge of my custody refrained from an actual investigation, and failed to make a determination as to the issues of my complaint...

## V.

THe first amendment permits  a complaint of this magnitude, and prohitions bythe prison institution stripped me of this right.

## VI.

### INMATE REQUEST

I want an investigation regarding the incident previous to my custody here at Florence,(USP)...

*Exhibit "A"*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 23, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : ANDERSON STRAKER, 29067-016
      FLORENCE HIGH USP    UNT: D    QTR: D04-223L
      PO BOX 7500
      FLORENCE, CO 81226

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 934490-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED   : MAY 14, 2018
SUBJECT 1       : ADMINISTRATIVE DETENTION - PLACEMENT, REVIEWS, RELEASE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS         : IT IS NOTED YOU ARRIVE AT FLP ON 01-12-2018, BUT DID
                  NOT FILE YOUR BP9 UNTIL 03-21-2018. IF STAFF PROVIDE
                  MEMO JUSTIFYING DELAY YOU SHOULD RESUBMIT AT THE
                  *INSTITUTION LEVEL.*

RECEIVED   *July 1, 2018*

JUN 2 0 2018

ASSOCIATE WARDEN
UNITED STATES PENITENTIARY

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: _____Straker_____ _____Z9067-016_____ _____DIA_____ _____FLP_____
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A - REASON FOR APPEAL**　　　　　　　I.

　　　　The Regional office has exceeded the time allotted for response , 542.18 of CFR directs a complainant to deem an untimely response as a denial, and I am now proceeding as follows:

　　　　* The Regional office never returned a notice of reciept of my document of complaint.

　　　　* Not responding or providing acknowledgement invokes violations , stripping of due process rights set forth in the Fifth Amendment..

　　　　　　　　　　　　　　　　II.

　　　　Please see attached as exhibit,(A), a copy of the Regional office complaint, where I moved against my being assaulted by an inmate being stabbed several times with a makeshift knife..

5·4·2018 See continuance attached hereto　Anderson Straker
　　DATE　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

MAY 14 2018

Administrative Remedy Section
~~~~~~~~

_____　　　　　　　　　GENERAL COUNSEL
　　DATE

ORIGINAL: RETURN TO INMATE　　　CASE NUMBER: _934490·A1_

**Part C - RECEIPT**

　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

_____　　　　　　　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
　　DATE

UPN LVN　　　　　PRINTED ON RECYCLED PAPER　　　　　　　　BP-231(13)
　　　　　　　　　　　　　　　　　　　　　　　　JUNE 2002

## CONTINUANCE (II)

As reported Three inmates entered my sell, and commenced violent acts , repeatedly stabbing me until I managed to escape possible death, or further injuries..

### III.

My custodial caretakers failed to protect me from the violent act of others after they was told that one of the assailants was at another jail mistreating me while I was in a lock up sell, and was spreading rumors , accusing me of being an informant which was clearly not true but, placed me in danger.

### IV.

The custodial caretakers in charge  of my custody caused me to to be attacked , and it could have been prevented had they taken the cautionary measures

### SWORN AFFIDAVIT OF MICHAEL CAMPBELL IN SUPPORT
### ON BEHALF OF MR. STRAKER'S CIVIL ACTION COMPLAINT
### UNDER PROVISIONS THAT ARE ESTABLISHED IN 28 U.S.C. §1746(1)

**1,** My name is Michael Campbell, I hereby swear and declare under penalty of perjury as fact that , Mr. Anderson Straker and I was together when he approached S.I.S., Vaughnrick who was assigned to all D.C. inmates at the time, where he informed S.I.S. Vaughnrick in that capacity as to his being in custody at the D.C. County jail , and the violence he subjected by an inmate by the name of Eric Weaver, where Mr. Straker was under close custody assignment , locked up in a single cell with no contact with no other inmates , and his only movement was with officer supervision .

**2,** Mr. Straker went into how, Eric Weaver and his conrads would throw urine , and feces , and hot water at him in the cell, accusing him of being a Rat, and or Snitch, threatening to kill him if ever they caught up with him,(Mr. Straker).

**3,** From what I gathered from the conversation, the guess Weaver and his Conrads took Mr. Straker's cell assignment indicated that he was an informant , or Rated on his case, because Weaver and a few of his Conrads looked up Mr. Straker's name on the Computer, and spreaded throughout the prison facility that Mr. Straker told in his case..

**4.** The S.I.S. officer promised to look into it but, it perplexed me to see that Mr. Straker, and Weaver shared the same Unit and no action was actually taken after Mr. Straker stressed that he didn't feel safe around this guy, and shortly after this Weaver and a few of his Conrads made an attempt on Mr. Straker's life.

**5.** My statement is being provided without threat, intimidation, bribery , or compulsion, I am proving my statement for t he purpose of the foregoing affidavit because this is the right thing to do. I am willing to undergo depositioning , or appear in a court proceeding if necessary, where I am currently in custody at Florence,(USP)-High max , prison facility....



AFFIANT SIGNATURE

Si/ _____
Mr. Michael Campbell,(Affiant)



WITNESS SIGNATURE

Si _____
Mr. Tony E. Powell,(Supporting Witness)

**Executed on this , day of May 2018**



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☐ *Administrative Maximum Security Institution*
☒ **High Security Institution**
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

*5880 State Highway 67 South*
*P.O. Box 7500*
*Florence, CO 81226*

March 26, 2018

MEMORANDUM FOR:    Administrative Remedy Coordinator

FROM:   G. Grisenti,
Counselor

Subject:   The untimeliness of Informal Resolution

This Memorandum is in reference to Inmate Anderson Straker, registration no. 29067-016 and the BP-9 stating that he was assaulted at his previous institution.   The untimeliness of the bp-9 was not the fault of the inmate but an administrative error.

Should you have any questions do not hesitate.

Thank you for your time.

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Straber, Anderson__  __29067-016__  __D/A__  _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL**

### PLEASE TAKE NOTICE

**I.**

There's a mistake in the time frame , my complaint was filed within the expected time any untimeliness of the filing was not within my control, my counselor attaches a memorandum in support.

**II.**

Previous to my custody here at USP Florence, I was assaulted by inmates, and placed in segregation where no staff would give me a grievance , and when received here , I proceeded with my complaint..

**III.**

Under 18 U.S.C.§4042, and the 8th amendment , I had a right to be protected from this type of assault .   See continuance-

__3.26.18__          __Anderson Straker__
DATE                  SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____          _____
DATE                              REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _____

**Part C - RECEIPT**

                                          CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____          _____
DATE                              SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN          PRINTED ON RECYCLED PAPER                    BP-230(13)
                                                             JUNE 2002

## IV.

This matter is before you seeking redress, where the prison institution in charge of my custody refrained from an actual investigation, and failed to make a determination as to the issues of my complaint...

## V.

THe first amendment permits a complaint of this magnitude, and prohitions bythe prison institution stripped me of this right.

## VI.

### INMATE REQUEST

I want an investigation regarding the incident previous to my custody here at Florence,(USP)...

**SWORN AFFIDAVIT OF MICHAEL CAMPBELL IN SUPPORT
ON BEHALF OF MR. STRAKER'S CIVIL ACTION COMPLAINT
UNDER PROVISIONS THAT ARE ESTABLISHED IN 28 U.S.C. §1746(1)**

1, My name is Michael Campbell, I hereby swear and declare under penalty of perjury as fact that , Mr. Anderson Straker and I was together when he approached S.I.S., Vaughnrick who was assigned to all D.C. inmates at the time, where he informed S.I.S. Vaughnrick in that capacity as to his being in custody at the D.C. County jail , and the violence he subjected by an inmate by the name of Eric Weaver, where Mr. Straker was under close custody assignment , locked up in a single cell with no contact with no other inmates , and his only movement was with officer supervision .

2, Mr. Straker went into how, Eric Weaver and his conrads would throw urine , and feces , and hot water at him in the cell, accusing him of being a Rat, and or Snitch, threatening to kill him if ever they caught up with him,(Mr. Straker).

3, From what I gathered from the conversation, the guess Weaver and his Conrads took Mr. Straker's cell assignment indicated that he was an informant , or Rated on his case, because Weaver and a few of his Conrads looked up Mr. Straker's name on the Computer, and spreaded throughout the prison facility that Mr. Straker told in his case..

4. The S.I.S. officer promised to look into it but, it perplexed me to see that Mr. Straker, and Weaver shared the same Unit and no action was actually taken after Mr. Straker stressed that he didn't feel safe around this guy, and shortly after this Weaver and a few of his Conrads made an attempt on Mr. Straker's life.

5. My statement is being provided without threat, intimidation, bribery , or compulsion, I am proving my statement for t he purpose of the foregoing affidavit because this is the right thing to do. I am willing to undergo depositioning , or appear in a court proceeding if necessary, where I am currently in custody at Flor ence,(USP)-High max , prison facility....


AFFIANT SIGNATURE

Si/ _____
Mr. Michael Campbell,(Affiant)


WITNESS SIGNATURE Powell

Si/ _____
Mr. Tony E. Powell,(Supporting Witness)

**Executed on this   , day of May 2018**

Exhibit "B"



**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correctional Complex*
☐ *Administrative Maximum Security Institution*
☒ **High Security Institution**
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

---

*5880 State Highway 67 South*
*P.O. Box 7500*
*Florence, CO 81226*

March 26, 2018

MEMORANDUM FOR:   Administrative Remedy Coordinator

FROM:   G. Grisenti,
Counselor

Subject:   The untimeliness of Informal Resolution

This Memorandum is in reference to Inmate Anderson Straker, registration no. 29067-016 and the BP-9 stating that he was assaulted at his previous institution.   The untimeliness of the bp-9 was not the fault of the inmate but an administrative error.

Should you have any questions do not hesitate.

Thank you for your time.

Exhibit "B"

To: Regional Office:
Federal Bureau Of Prisons
North Central Office
400 State Avenue
Tower II, Suite 800
Kansas City, Ks 66101

From: Anderson Straker, #29067-016
United States Penitentiary
P.O. Box 7000
Florence, Colorado 81226

Re:  Belatted Response , matter proceeds to next level:

Dear Sir/Madam: Please be advised, I am currently in receipt
of your response, please note, this matter is before the Central
office for review where your office exceeded the time for response
where 542.18 of CFR directs a complainant to proceed to the next
level when no response is provided within the time allotted to
the grievance coordinater.

Thank you for your time....

Anderson Straker
5.18.18