# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDERSON STRAKER, | Civil No. 3:18-cv-1569 |
| Plaintiff | (Judge Mariani) |
| v. | |
| S. VALENCIK, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 12th day of February, 2020, upon consideration of Defendants' motion for summary judgment, based solely on exhaustion of administrative remedies, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 11) for summary judgment, based on exhaustion of administrative remedies, is **DENIED**.

2. The remainder of Defendants' summary judgment motion addressing the merits of Plaintiff's complaint is **DENIED WITHOUT PREJUDICE**. Defendants may re-file a motion for summary judgment as to the merits of Plaintiff's claims within 21 days of the date of this Order.

Robert D. Mariani
United States District Judge