**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

ANDERSON STRAKER,                     :    Civil No. 3:18-cv-1569
                                      :
      Plaintiff                       :    (Judge Mariani)
                                      :
      v.                              :
                                      :
S. VALENCIK, et al.,                  :
                                      :
      Defendants                      :

## ORDER

**AND NOW**, this 24th day of March, 2021, for the reasons set forth in the

Memorandum accompanying this Order, **IT IS ORDERED THAT:**

1.    Defendants' motion for summary judgment on Plaintiff's Eighth Amendment failure to protect claim and Plaintiff's Due Process claims regarding placement in administrative detention and being transferred to another prison (Doc. 42) is **GRANTED**. Judgment is granted in favor of Defendants Warden Oddo, Lieutenant Tyson and Captain Feltman.

2.    The Clerk of Court is directed to defer the entry of judgment in favor of Defendants Oddo, Tyson and Feltman, until the conclusion of the above-captioned proceedings.

3.    The two Unknown Defendants are **DISMISSED** from the above captioned action pursuant to Fed.R.Civ.P. 21.

4.    Plaintiff's outstanding Eighth Amendment failure to protect claim against remaining Defendant, Lieutenant Valencik, shall proceed.

5.    Defendant Valencik shall file an answer or other dispositive motion within thirty (30) days.

Robert D. Mariani
United States District Judge