IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDERSON STRAKER, | : | Civil No. 3:18-cv-1569 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| S. VALENCIK, *et al.*, | : | |
| Defendants | : | |

### ORDER

**AND NOW,** this **31st** day of March, 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Relief from Judgment Pursuant to Rule 60(b)(1), (Doc. 79), is **DENIED.**

Robert D. Mariani
United States District Judge